IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 96-40050
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS GRUESO REBOLLEDO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-95-CV-389
- - - - - - - - - -
June 13, 1996
Before JOLLY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

Luis Grueso Rebolledo, Federal Register Number 46288-079, has applied for leave to appeal in forma pauperis (IFP) from the denial of his post-conviction motion under 28 U.S.C. § 2255. Rebolledo contends that his attorney rendered ineffective assistance in connection with the plea negotiations and sentencing. For reasons expressed by the district court, we conclude that Rebolledo has failed to raise a nonfrivolous issue. Accordingly, the application for leave to proceed IFP is DENIED.

———————————

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

See <u>Carson v. Polley</u>, 689 F.2d 562, 586 (5th Cir. 1982).  Because the appeal is frivolous, it is DISMISSED.  <u>See</u> 5th Cir. R. 42.2.

IFP DENIED; APPEAL DISMISSED.